UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>        Plaintiff,<br><br>  v.<br><br>PROPERTY IDENTIFIED AS:<br>1133 6th St., N.W.<br>Washington, D.C.<br>FURTHER DESCRIBED AS:<br>Lot Number 64 In Square Number 482,<br>With Appurtenances Thereon,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-1992 (EGS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL

The United States, by its undersigned attorneys, hereby dismisses the instant action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar #451058

        By:    _/s/_____
                      WILLIAM R. COWDEN
                      Assistant United States Attorney
                      D.C. Bar #426301
                      U.S. Attorney's Office
                      Asset Forfeiture Unit, Criminal Division
                      555 Fourth St., N.W.
                      Washington, D.C. 20530
                      (202) 307-0258